THE STATE OF OHIO, APPELLEE, *v.* ELLIS, APPELLANT.

[Cite as *State v. Ellis* (1991), 62 Ohio St.3d 106.]

(No. 91-1385—Submitted October 9, 1991—Decided November 13, 1991.)

*Lee C. Falke,* Prosecuting Attorney, and *Lorine M. Reid,* for appellee.

*Roscoe Ellis, Jr., pro se.*

The motion for leave to appeal is allowed.

The judgment appealed from, 1991 WL 76768, is reversed and the cause is remanded on authority of *Columbus v. Cooper* (1990), 49 Ohio St.3d 42, 550 N.E.2d 937.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.